**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-695**

**D. B. W.,
APPLYING FOR THE ADOPTION OF
C.D.M. & Z.J.M.**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 2004-1,
HONORABLE ROBERT BURGESS, JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN
JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Billie C. Woodard, Michael G. Sullivan, and John B. Scofield\*, Judges.

**APPEAL DISMISSED**.

**D. B. W., in proper person**

**D.J. M., in proper person**

\*Judge John John B. Scofield, participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.